| AUSA: | Timothy E. Garcia | Telephone: | (313) 226-9522 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: Sarah Soles | Telephone: | (810) 989-5056 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
    v.
Bartolo LUNA-MENDEZ

Case No.   2:26−mj−30114
Assigned To : Unassigned
Assign. Date : 3/2/2026
Description: CMP USA V. BARTOLO LUNA−MENDEZ (DA)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 27, 2026  in the county of  St. Clair  in the  Eastern  District of  Michigan , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Sarah Soles, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date:  March 2, 2026

City and state:  Detroit, MI

*Judge's signature*

Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Sarah A. Soles, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Border Patrol, and I have been employed in this capacity since June of 2009. Currently, I am assigned to the Marysville Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official immigration file and system automated data relating to Bartolo LUNA-MENDEZ, which attests to the following:

2. Bartolo LUNA-MENDEZ is a twenty-nine-year-old male, native and citizen of Mexico, who claims to have last entered the United States at or near Brown Field, California in May of 2025, without being admitted, inspected or paroled by an Immigration Officer.

3. On or about April 21, 2025, LUNA-MENDEZ was arrested by the U.S. Border Patrol near Brown Field, California. LUNA-MENDEZ was issued an Expedited Removal and subsequently removed from the United States to Mexico on April 24, 2025, via San Luis, Arizona.

4. On February 27, 2026, LUNA-MENDEZ was encountered by Marysville Border Patrol Agents during a vehicle stop in Fort Gratiot, Michigan. LUNA-MENDEZ was placed under arrest for being illegally present in the United States. LUNA-MENDEZ told agents he lived for a short time in Ohio before moving to Michigan for work. LUNA-MENDEZ has been staying in a hotel in Port Huron, Michigan for the past month.

5. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

1

6. Review of records from the alien file (A# xxx xxx 942) for LUNA-MENDEZ and queries in U.S. Department of Homeland Security databases confirm that no record exists of LUNA-MENDEZ obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his last removal on or about April 24, 2025.

7. Based on the above information, there is probable cause to believe that, on or about February 27, 2026, at or near Fort Gratiot, in the Eastern District of Michigan, Southern Division, Bartolo LUNA-MENDEZ, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about April 24, 2025, at or near San Luis, Arizona, and not having obtained the express consent from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Sarah A. Soles, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Honorable Elizabeth A. Stafford
United States Magistrate Judge

2